UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ED CV 14-337 SJO (MRW) | Date | May 16, 2014 |
|---|---|---|---|
| Title | Price v. Pollick | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None present | | None present |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

The Court previously issued an order screening this pro se civil rights complaint. (Docket # 13.)  The Court declined to order service of the complaint due to numerous pleading deficiencies.  The Court directed Plaintiff to submit a proposed amended complaint by April 7, 2014, curing those defects.  The Court's order expressly informed Petitioner that his failure to file a timely amended complaint would lead the Court to "recommend that the action be dismissed [ ] for failure to diligently prosecute" the action pursuant to Federal Rule of Civil Procedure 41(b).  However, to date, Plaintiff failed to file anything in response to the Court's order.

Therefore, IT IS ORDERED that Plaintiff show cause why this action should not be dismissed under Rule 41 for failure to prosecute the action or to comply with a Court order. Plaintiff must file his response to the Court's OSC by or before June 9, or the action will be terminated.