UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-337 SJO (MRW) | Date | November 3, 2014 |
|---|---|---|---|
| Title | Price v. Pollick | | |

Present: The Honorable    Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

     In March 2014, the Court screened Plaintiff's civil rights complaint. The Court declined to order service of the complaint because of numerous deficiencies with the pleading. (Docket # 13.) The Court offered Plaintiff numerous opportunities to amend his complaint. To date, even though Plaintiff has received several extensions of time, he has failed to do so.

     The Court was prepared to recommend dismissal of the action. However, a search of the CDCR website reveals that Plaintiff may have recently been transferred to Valley State Prison. Plaintiff failed to update his mailing address with the Court as required by Local Rule. Even so, the Court will give Plaintiff one <u>final</u> opportunity to revise his complaint or voluntarily dismiss it with no further consequence.

     Therefore, IT IS ORDERED that Plaintiff show cause why this action should not be dismissed under Rule 41 for failure to prosecute the action or to comply with a Court order. Plaintiff must file his response to the Court's OSC and his proposed amended complaint (or request for dismissal) by or before <u>December 5</u>, or the action will be terminated. The Clerk is directed to send this order to Plaintiff at his currently-listed address <u>and</u> to Valley State Prison, General Inmate Mail, P.O. Box 92, Chowchilla, CA 93610-0092.